IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **RANDY RAMON GOTERA VILCHEZ,** | § § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-138-KC |
| **MARY DE ANDA-YBARRA et al.,** | § § § | |
| Respondents. | § | |

## FINAL JUDGMENT

On this day, the Court considered the case. On February 3, 2026, the Court granted in part Randy Ramon Gotera Vilchez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Feb. 3, 2026, Order 2, ECF No. 4. Respondents have now informed the Court that Gotera Vilchez has been released on bond. Status Report, ECF No. 5.

It appears that the only remaining matter to be resolved in this case is Gotera Vilchez's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 28, ECF No. 1; *see generally* Feb. 3, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**. To the extent Gotera Vilchez wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED** this 11th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE